■    ALVORD AND SWIFT, Appellant, v STEWART M. MULLER CONSTRUCTION COMPANY, INC., et al., Defendants, and NEW YORK TELEPHONE COMPANY et al., Respondents.—Orders, Supreme Court, New York County, each entered on September 10, 1976, unanimously affirmed on the opinion of Greenfield, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Murphy, Silverman and Markewich, JJ.; Kupferman, J., votes to affirm on constraint of *Underhill Constr. Corp. v New York Tel. Co.* (56 AD2d 760).

# (March 10, 1977)

■    In the Matter of DEBORAH WALLACE, Appellant, v FIRE DEPARTMENT OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 25, 1976, unanimously affirmed for the reasons stated by Mangan, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Birns, Capozzoli and Nunez, JJ.